# UNITED STATES DISTRICT COURT

District of  Northern Mariana Islands

EMERENCIANA PETER-PALICAN

         Plaintiff,

         V.

GOVERNMENT OF THE NORTHERN MARIANA
ISLANDS, and TIMOTHY P. VILLAGOMEZ,
in his official and individual capacities.

         Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 - 0022**

TO: (Name and address of Defendant)

Government of the Northern Mariana Islands
CNMI Attorney General Office
Capitol Hill, Saipan

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Douglas F. Cushnie
    P.O. Box 500949
    Saipan, MP 96950

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

_signature_

(By) DEPUTY CLERK

JUN - 8 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/08/09 |
| NAME OF SERVER (PRINT) Charlene Tereseto | TITLE Secretary |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Bernadita Dela Cruz, Office of the Attorney General.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/08/09
                    Date                    Signature of Server

                                            Keeyman III
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.