**Douglas F, Cushnie**
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

**Attorney for: Plaintiff**

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, | CIVIL ACTION NO. 07-0022 |
| Plaintiff, | |
| vs. | **REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities, | |
| Defendants. | |

Emerenciana Peter-Palican, plaintiff herein, requests that this court permit counsel for plaintiff to participate in the Case Management Conference currently scheduled for July 13, 2007 at 9:30 o'clock a.m. by telephone. Plaintiff's counsel shall be leaving for Honolulu, Hawaii on July 2, 2007 at 5:00 p.m. to attend to various professional and personal matters and is not expected to return to the Commonwealth until July 23, 2007. Counsel may be reached at the following phone number on July 13, 2007 (July 12, 2007,

-1-

Dated this 29th day of June, 2007.

                      DOUGLAS F. CUSHNIE
                      Attorney for Plaintiff

                      _____/s/_____
                      DOUGLAS F. CUSHNIE