Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>          Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities,<br><br>          Defendants. | CIVIL ACTION NO. 07-0022<br><br><br>ORDER GRANTING REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE [PROPOSED] |

The request of plaintiff to participate in the Case Management Conference having been considered by the Court and good cause appearing for the granting thereof,

IT IS HEREBY ORDERED, that plaintiff's request to appear and participate in the Case Management Conference by telephone is granted, and

IT IS FURTHER ORDERED, that plaintiff's counsel shall be available to receive a telephone call initiated by the Court on July 13, 2007 at 9:30 o'clock a.m., Saipan time.

-1-

ENTERED this _____ day of _____, 2007.

_____
ALEX R. MUNSON
Chief Judge