F I L E D
Clerk
District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

EMERENCIANA PETER-PALICAN,

    Plaintiff,

vs.

GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and TIMOTHY P. VILLAGOMEZ in his official and individual capacities,

    Defendants.

Civil Action No. 07-0022

Case Management Scheduling Order

Douglas F. Cushnie
Attorney at Law
P.O. Box 500949
Saipan, MP 96950

Linda L. Waugh
CNMI Office of the Attorney General
Capital Hill
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on July 13, 2007. As a result of the conference,

IT IS ORDERED THAT:

    1.    All parties are to be joined on or before November 1, 2007.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

1

2. All motions to amend pleadings shall be filed on or before November 1, 2007.

3. All discovery shall be served by December 7, 2007.

4. All discovery motions shall be filed so as to be heard on or before January 24, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;
    e. Requests for production of documents or to inspect tangible things;
    f. Responses or objections to requests for production of documents or to inspect tangible things;
    g. Requests for admission; and,
    h. Responses of objections to requests for admission.

5. A status conference will be held on December 7, 2007, at 9:30 a.m.

6. All dispositive motions shall be heard on or before February 28, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on March 7, 2008, at 10:30 a.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by March 24, 2008.

9. A final pretrial conference will be held on March 28, 2008, at 9:30 a.m.

10. The trial in this case shall begin on April 24, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 13th day of July, 2007, Garapan, Saipan, CNMI.

_____
JUDGE ALEX R. MUNSON