F I L E D
Clerk
District Court

NOV 2 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EMERENCIANA PETER-PALICAN, | ) | Civil Action No. 07-0022 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER ALLOWING |
| | ) | APPEARANCE BY TELEPHONE |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; *et al.*, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

IT IS ORDERED that plaintiff's counsel shall be allowed to appear by

telephone at the status conference set for Friday, December 7, 2007, at 9:30 a.m.

(Saipan date and time). The court will initiate the call to Mr. Cushnie at (808) 595-

2432, unless a different number is provided to the court.

DATED this 28th day of November, 2007.

*Alex R. Munson*

ALEX R. MUNSON

Judge

AO 72
(Rev. 08/82)