FILED
Clerk
District Court

DEC - 7 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EMERENCIANA PETER-PALICAN, | ) ) ) | Civil Action No. 07-0022 |
| Plaintiff | ) ) | |
| v. | ) ) | ORDER SANCTIONING COMMONWEALTH OFFICE |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; *et al.*, | ) ) ) ) ) | OF THE ATTORNEY GENERAL and RE-SCHEDULING STATUS CONFERENCE |
| Defendants | ) ) | |

The case management scheduling order of July 13, 2007, set a status conference for today, December 7, 2007, at 9:30 a.m. Pursuant to an order issued and served upon the parties on November 29, 2007, plaintiff's counsel, Mr.

Cushnie, was allowed to appear today by telephone, which he did. No representative from the Commonwealth Office of the Attorney General appeared at the scheduled time. Accordingly,

IT IS ORDERED that the Commonwealth Office of the Attorney General is sanctioned the sum of $200.00, payable to "Clerk, District Court, NMI." Said sum shall be paid prior to Friday, December 14, 2007, at 3:30 p.m.; and,

IT IS FURTHER ORDERED that the status conference be and hereby is continued to **Monday, December 17, 2007, at 9:00 a.m.**

DATED this 7th day of December, 2007.

_____
ALEX R. MUNSON
Judge