MATTHEW T. GREGORY  # F0205
Attorney General
GREGORY BAKA  # F0199
Deputy Attorney General
DAVID W. LOCHABAY  # F0305
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP  96950-8907
Telephone:   (670) 664-2341
Fax:              (670) 664-2349
E-mail:        lochabay@gmail.com

Attorneys for Defendants Government of the Commonwealth of
the Northern Mariana Islands (CNMI) and Timothy P. Villagomez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities,<br><br>　　　　Defendant. | CIVIL ACTION NO. 07-0022<br><br>**NOTICE OF APPEARANCE;<br>CERTIFICATE OF SERVICE** |

1  **COMES NOW** the Office of the Attorney General and enters the appearance
2  of the undersigned counsel as an attorney who will participate on behalf of defendants
3  Government of the Commonwealth of the Northern Mariana Islands (CNMI) and
4  Timothy P. Villagomez in this case, vice Assistant Attorney General Linda L. Waugh.

6  Respectfully submitted,

7  OFFICE OF THE ATTORNEY GENERAL

8  MATTHEW T. GREGORY  # F0205
   Attorney General

10  GREGORY BAKA  # F0199
    Deputy Attorney General

12  Dated: Monday, December 10, 2007.

   _____/s/_____
   DAVID W. LOCHABAY  # F0305
   Assistant Attorney General

   Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following documents to the last known address(es) listed below on the date(s) indicated.

**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery; U.S. Mail; deposit with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(D); or electronic service, see Local Rule 5.1.

| | |
|---|---|
| Douglas F. Cushnie, Esq.  # F0108<br>San Vicente<br>P. O. Box 500949<br>Saipan, MP  96950-0949 | Attorney for Plaintiff Peter-Palican<br>Tel:  (670) 234-6830/43<br>Fax:  (670) 234-9723<br>E-mail:   abogados@pticom.com,<br>             dfcushnie@netscape.net<br>**Via Electronic Service** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Monday, December 10, 2007.

                                                               /s/
                                      DAVID  W.  LOCHABAY  # F0305
                                      Assistant Attorney General
                                      Attorney for Defendants