Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN, | CIVIL ACTION NO. 07-0022 |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities, | Date : February 28, 2008<br>Time: 9:00 AM<br>Judge: A. Munson |
| Defendants. | |

Comes now Emerenciana Peter-Palican, plaintiff herein, and moves this court for its order granting partial summary judgment on the grounds that there are no genuine issues regarding material facts and plaintiff is entitled to judgment as a matter of law.

This motion is made pursuant to Rule 56 F.R.C.P. and based upon the memorandum of points and authorities and exhibits filed herewith and the files and records of the case herein.

Dated this 16th day of January, 2008.

DOUGLAS F. CUSHNIE
Attorney for Plaintiff

_____/s/_____
DOUGLAS F. CUSHNIE