DOUGLAS F. CUSHNIE
DATE: 2/20/0?
TIME: 11:02
BY:

1  David Lochabay
   Asst. Attorney General
2  Office of the Attorney General
   2nd Fl., Juan A. Sablan Admin. Bldg.
3  Capital Hill
   Caller Box 10007
4  Saipan, MP 96950

5  Attorneys for Defendants

6  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN MARIANA ISLANDS

7

8  EMERENCIANA PETER-PALICAN            ) CIV. ACTION NO. 07-0022
                                        )
        **Plaintiff,**                  )
9                                       )
                                        )
10 v.                                   )
                                        ) DEFENDANTS' FIRST SET
11 GOVERNMENT OF THE                    ) OF INTERROGATORIES and
   COMMONWEALTH OF THE                  ) REQUEST FOR PRODUCTION
   NORTHERN MARIANA ISLANDS,            ) OF DOCUMENTS TO PLAINTIFF
12 and, TIMOTHY P. VILLAGOMEZ           )
   in his official and individual capacities, )
13                                      )
        **Defendants.**                 )
14 _____)

15 **TO: PLAINTIFF THROUGH HER ATTORNEY OF RECORD:**

16     **DEFENDANTS**, pursuant to the applicable Rules of Federal Procedure, requests that Plaintiff

17 answer the following Interrogatories and produce the documents requested as follows:

18                              **INSTRUCTIONS**

19     Answers may be provided in the spaces after each interrogatory. Separate pages may be attached

20 if the spaces are inadequate.

21     In answering the Interrogatories, Plaintiff is required not only to furnish all information that is

22 in her possession, but also all information that is in the possession of her attorneys, investigators, on

23 anyone else acting on her behalf.

24     At the time of trial, defendants will move the court for an order excluding from evidence all

25 tangible of intangible things known to plaintiff at the time of her response to these Interrogatories and

26 Request for Production of Documents not disclosed in her response.

27     Please take notice that one copy of the answers to Interrogatories, under oath, and of any

28 documents produced, must be served to defendants no later than thirty days, or such shorter period as

2. Did any other government official or employee at any time make any representations to you concerning the tenure of one appointed to the position of CNMI Special Assistant for Women's Affairs, except for statements made to you after the Fitial administration took office?

3. If your answer to Interrogatory No. 2 is "yes," then:

    a) the content of the statement(s);

    b) made by whom; and

    c) the approximate date.