Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EMERENCIANA PETER-PALICAN, | ) | CIVIL ACTION NO. 07-0022 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | HERBERT del ROSARIO |
| vs. | ) | |
| | ) | |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, | ) | Date : |
| and TIMOTHY P. VILLAGOMEZ, | ) | Time: |
| in his official and individual capacities, | ) | Judge: A. Munson |
| | ) | |
| Defendants. | ) | |

Comes now Herbert del Rosario and states under penalty of perjury that the following information is true and correct to the best of his knowledge.

1. That I am the Director of the CNMI Archives and as such am in charge and have custody and control over all documents filed at the CNMI Archives.

2. That documents on file include initial proposals, committee reports and other records from the Commonwealth's Second Constitutional Convention.

-1-

3. That attached to this declaration are true and correct copies of the following listed documents which are contained within and form a part of the records and documents of the Second Constitutional Convention contained with the CNMI Archives.

    A. Delegate Proposal No. 121-85, signed by Felicidad T. Ogumoro and Alonzo Igisomar, consisting of one page.

    B. Committee Recommendation No. 57, from the Committee on Governmental Institutions, consisting of two pages.

    C. Committee Recommendation No. 57. A Proposed Constitutional Amendment "To amend Article III of the Northern Marianas Constitution regarding Women's Affairs", consisting of two pages.

And further your declarant sayeth not.

Executed this 4th day of December, 2007, at Saipan, Commonwealth of the Northern Mariana Islands.

                                                      */s/ Rosario*
                                          HERBERT del ROSARIO
                                          Director of CNMI Archives

Second Constitutional Convention
Saipan, Northern Marianas

Delegate Proposal No. 121-85

A Proposal

To Establish an Office of Special Assistant
to the Governor on Women's Affairs.

BE IT PROPOSED the Article III of the Constitution is hereby amended as follows:

"Section_____. (a) The Governor shall appoint a Special Assistant for Women's Affairs. Such a person, who shall serve at the pleasure of the governor, shall be a woman with standing in the community.

(b) It is the responsibility and duty of the Special Assistant to plan, implement, and enforce a policy of affirmative action in the government and the private sector to help women to achieve the same rights and privileges enjoyed by men.

(c) The Special Assistant is empowered to promulgate, in the absence of statute and with the approval of the Governor, rules and regulations in carrying out the responsibilities and duties of the office.

Introduced by: _____     Date: 6/22/85
               Felicidad T. Ogumoro

               Alonzo Aguinar

# SECOND NORTHERN MARIANAS CONSTITUTIONAL CONVENTION
## SAIPAN, CM 96950

**Officers**

Herman T. Guerrero, President
Vicente M. Calvo, 1st Vice President
David M. Cing, 2nd Vice President
Maria T. Pangelinan, 3rd Vice President
William B. Nabors, Convention Secretary
Juan T. Lizama, Floor Leader

**Members** -

Lorenzo I. Deleon Guerrero
Alonzo Igisomar
David L. Igitol
Rita H. Inos
Benusto R. Kaipat
Estevan M. King
Luis M. Limes
Jesus P. Mafnas
Paul A. Manglona
James M. Mendiola
Aniceto H. Mundo
Felicidad T. Ogumoro
Karl T. Reyes
Joaquin A. Tenorio
Francisco Tomokane
William S. Torres
Ramon G. Villagomez
Ignacio Villanueva

**Telephone**
6517/6572

REPORT TO THE CONVENTION BY THE
COMMITTEE ON GOVERNMENTAL INSTITUTIONS

Subject:   Committee Recommendation No. 57

The Committee on Governmental Institutions recommends that the Convention, meeting as the Committee of the Whole, adopt the attached constitutional amendment with respect to establishment of an Office of Special Assistant for Women's Affairs.

The Committee conducted a public hearing on Delegate Proposal 121-85, received favorable testimony, and amended the proposal to reflect the recommendations and concerns expressed by the witnesses.

In recommending adoption, the Committee wishes to point out that the Constitution already provides to women of the Northern Marianas a right to equal protection under the law.  In this respect, the Northern Marianas is far ahead of many societies and governmental entities in recognizing the rights of women.

However, unlike most states and the federal government, the Northern Marianas lacks the legal and administrative mechanisms to insure that the rights and interests of women as recognized by Article I, Section 6, are promoted and protected.  The intent and purpose of this recommended amendment, therefore, is to provide those legal and administrative mechanisms.  By establishing these mechanisms through the Constitution, the Northern Marianas will not only join the federal family of states in mandating affirmative action for women, but, more importantly, it will stand proud among the nations of the world in that it will have done this through constitutional provision rather than merely through statute.

Delegate Proposal(s):

The Committee considered Delegate Proposal 121-85; it was the only proposal referred to the Committee regarding this matter. The Committee recommendation conforms fully with the intent of that proposal. Therefore, the Committee strongly urges all of the Convention delegates to support the attached recommended constitutional amendment.

Respectfully submitted,

_____           _____
Delegate Juan T. Lizama             Delegate Jesus P. Mafnas
Chairman                            Vice-Chairman

_____           _____
Delegate Felicidad T. Ogumoro       Delegate Benusto R. Kaipat
Member                              Member

_____           _____
Delegate Vicente M. Calvo           Delegate David M. Cing
Member                              Member

                _____
                Delegate Alonzo Igisomar
                Member

## A PROPOSED CONSTITUTIONAL AMENDMENT

To amend Article III of the Northern Marianas Constitution regarding Women's Affairs.

### BE IT ADOPTED BY THE SECOND CONSTITUTIONAL CONVENTION:

Upon ratification pursuant to Section 5 of Article XVIII of the Commonwealth of the Northern Mariana Islands Constitution and Public Law No. 4-30, the Constitution of the Commonwealth of the Northern Mariana Islands is amended as follows:

1. Effective upon ratification, Article III is amended to add a new section to read:

    "Section ____. <u>Special Assistant for Women's Affairs</u>.

    a) There is hereby established an Office of Special Assistant to the Governor for Women's Affairs. The Governor shall appoint a person, who is qualified by virtue of education and experience, to be the Special Assistant. The Special Assistant may be removed only for cause.

    b) It is the responsibility and duty of the Special Assistant to establish and implement a policy of affirmative action in the government and private sector to help women to achieve social, political and economic parity. The Special Assistant shall promote the interests of women, assist agencies of government and private organizations to plan and implement programs and services for women, monitor compliance of laws and regulations by government agencies and private organizations, organize community education strategies regarding the roles of women, and recommend to the governor and the legislature for consideration legislation of benefit to women.

    c) The Special Assistant maybe authorized to hire staff and shall promulgate rules and regulations in carrying out the

1  responsibilities and duties.
2         d)  The Governor shall include in the budget of the
3  executive branch the funding necessary to fully implement the
4  provisions of this Section.

19  ADOPTED, AS AMENDED, BY THE COMMITTEE OF THE WHOLE AND THE
    CONVENTION, JULY 20, 1985