Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| EMERENCIANA PETER-PALICAN, | ) ) ) | CIVIL ACTION NO. 07-0022 |
| Plaintiff, | ) ) | DECLARATION OF JUAN I. TENORIO |
| vs. | ) ) | |
| GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities, | ) ) ) ) ) ) | Date : Time: Judge: A. Munson |
| Defendants. | ) ) | |

Comes now Juan I. Tenorio and declares under penalty of perjury that the following information is true and correct to the best of his knowledge.

1. That I have personal knowledge of the facts set forth below and if called upon to testify would testify accordingly.

2. That I held the position of Personnel Officer during the administration of Governor Juan N. Babauta.

3. That during the trial of Ms. Palican's case against the government during June,

2002, I was a witness, attended the court proceedings, and was present at the end of the

trial after the jury had delivered its verdict and left the courtroom.

4. That after the jury left Judge Munson asked everyone if there were any other

matters to attend to, at which time Ms. Palican said that she wanted her civil service

position back with a lateral transfer. Mr. Alan Dollison, the government attorney, had a

copy of the constitutional provision establishing the position of Governor's Special

Assistant For Women's Affairs.

5. That after looking at the document Mr. Dollison asked Ms. Palican whether she

really wanted to give up her position as special assistant. Ms. Palican said she did

because she wanted to be protected by civil service. Mr. Dollison replied that the special

assistant position was protected and that she could only be terminated for cause. Ms.

Palican said she did not know that.

Executed this _24th_ day of December, 2007, at Saipan, Commonwealth of the

Northern Mariana Islands.

JUAN I. TENORIO