Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 07-0022<br><br>NOTICE OF MOTION ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date : February 28, 2008<br>Time: 9:00 AM<br>Judge: A. Munson |

   Please take notice that plaintiff's Motion For Partial Summary Judgment shall be heard before the Honorable Alex R. Munson, District Judge, on the 28th day of February, 2008, at 9:00 AM, at the District Court, in the Horiguchi Building, Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

   Dated this 16th day of January, 2008.

                              DOUGLAS F. CUSHNIE
                              Attorney For Plaintiff

                              　　　　/s/
                              _____
                              DOUGLAS F. CUSHNIE