David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **EMERENCIANA PETER-PELICAN** | **CIVIL ACTION NO. 07-0022** |
| **Plaintiff,** | |
| **v.** | **NOTICE OF MOTION FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **GOVERNMENT OF THE COMMONWEALTH OF THE and TIMOTHY VILLAGOMEZ, in his official and individual capacities,** | |
| **Defendants** | **Hearing Date: February 28, 2008 Time: 9:00 a.m. Judge:  A. Munson** |

      **PLEASE TAKE NOTE** that Defendants' <u>Motion for Summary Judgment</u> shall be hard before

the Honorable Alex R. Munson, Judge, United States District Court for the Northern Mariana Islands, on

the 28th day of February, 2008, at 9:00 a.m., in the District Court, Horiguchi Building, Garapan, Saipan,

Commonwealth of the Northern Mariana Islands.

      Dated this 1st day of February, 2008.


                              _/S/  David Lochabay_
                              David Lochabay
                              Asst. Attorney General
                              Office of the Attorney General
                              Attorneys for Defendants

1

2
                                            Respectfully submitted,

3                                            */s/   David Lochabay*
                                            David Lochabay
                                            Asst. Attorney General
4                                            Office of the Attorney General
                                            Attorneys for Defendants

5

6                              CERTIFICATE OF SERVICE

7        I hereby certify that the above and foregoing has been e-filed this 1st day of February, 2008, with
    service requested to Douglas F. Cushnie, P. O. Box 500949, Saipan, MP 96950, attorney for Plaintiff.

8                                            */s/   David Lochabay*

9    .

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28