David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| **EMERENCIANA PETER-PELICAN** | ) | CIVIL ACTION NO. 07-0022 |
| **Plaintiff,** | ) | |
| v. | ) | **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| **GOVERNMENT OF THE COMMONWEALTH OF THE and TIMOTHY VILLAGOMEZ, in his official and individual capacities,** | ) | |
| **Defendants** | ) | Hearing Date: February 28, 2008<br>Time: 9:00 a.m.<br>Judge: A. Munson |

**COMES NOW** Defendants in the above styled and numbered cause, who would now present to the Court this Motion for Summary Judgment.

As grounds for the Motion, Defendants would show the Court the following:

I.

Defendants aver there are no genuine issues of material facts and Defendants are entitled to summary judgment as a matter law, as is more fully set forth in the <u>Memorandum of Law in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment</u> which accompanies this Motion, and the pleadings, declarations and exhibits herein.

WHEREFORE, PREMISES CONSIDERED, Defendants pray for judgment as a matter of law

1
2
3   in this action, and for such other and further relief as the Court may deem just and equitable.

4                                        Respectfully submitted,

5
                                          /s/   David Lochabay
6                                        David Lochabay
                                         Asst. Attorney General
7                                        Office of the Attorney General
                                         Attorneys for Defendants
8
                        CERTIFICATE OF SERVICE
9
       I hereby certify that the above and foregoing has been e-filed this 1st day of February, 2008, with
10  service requested to Douglas F. Cushnie, P. O. Box 500949, Saipan, MP 96950, attorney for Plaintiff.

11
                                          /s/   David Lochabay
12
13  .
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28