COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## OFFICE OF THE GOVERNOR
## OFFICE OF THE PERSONNEL MANAGEMENT
P.O. BOX 5153 CHRB, SAIPAN, MP 96950-5153
TEL. NOS.: (670) 234-6925 / 6958 / 8036
FAX NO.: (670) 234-1013

APR 15
C&C

**REQUEST FOR PERSONNEL ACTION**

NO.: 1075
DATE: 4/15/0.

OPM 01
**PART I. REQUESTING OFFICE**
NAME (CAPS) Last, First, Middle

| | EMPLOYEE NO. | SOCIAL SECURITY NO. | BIRTHDATE |
|---|---|---|---|
| PALICAN, Emerenciana P. | 75477 | 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 | 01/23/55 |

| PERSONNEL ACTION REQUESTED | AUTHORITY: | PROPOSED EFFECTIVE DATE |
|---|---|---|
| Service Exempt Appointment (NTE: 04/08/06) | 1 CMC Sec. 8131 (a)(6) as amended by PL 137 | 04/08/02 |

| FROM POSITION TITLE: | PL/STEP: | Enter 5/23/02 |
|---|---|---|
| OCCUPATION CLASS CODE: | BI-WEEKLY: | |
| DUTY STATION: | PER ANNUM: | |
| DIVISION: | DIFFERENTIAL: | |
| DEPARTMENT: | FLSA: EXEMPT / COVERED | |

| TO POSITION TITLE: Special Assistant for Womens' Affairs | PL/STEP: Ungraded |
|---|---|
| OCCUPATION CLASS CODE: 9117 | BI-WEEKLY: $1,661.54 |
| DUTY STATION: Saipan | PER ANNUM: $43,200.00 |
| DIVISION: Womens' Affairs Office | DIFFERENTIAL: NA |
| DEPARTMENT: Office of the Governor | FLSA: EXEMPT / COVERED |

REQUESTED BY: JUAN N. BABAUTA
TITLE: Governor     DATE

REQUEST APPROVED BY: JUAN N. BABAUTA
TITLE: Governor     DATE

REMARKS BY REQUESTING OFFICE: The att. Cancel. of Empl Shall join this Appt.
See Appointment Letter from the Governor

CONTACT PERSON: Keko     TEL. NO. 664-2245

FUNDING ACCT. No.: 1260
APPROVED BY: Joaquin G. Blanco
SA-OMB     DATE

Frankie Villanueva
SEC. FINANCE     DATE

**PERSONNEL OFFICE USE ONLY**

| POSITION OCCUPIED BY: | ☒ RECOMMENDED ☐ NOT RECOMMENDED |
|---|---|
| ☐ CIVIL SERVICE ☒ EXCEPTED SERVICE | REASON: |
| VICE: Teregeyo, Ana | Francisco A. Ada     05/21/02 |
| | CHIEF, CLASSIFICATION & COMPENSATION     DATE |

| CLEARANCES | INITIALS | DATE |
|---|---|---|
| C&C | | 5/20/02 |
| EDS | | |
| EER | | |
| DRM-06/08/02 | IC | 5/31/02 |

☐ APPROVED     ☐ DISAPPROVED
REASON:

Exhibit 2

JUAN L. TENORIO
PERSONNEL OFFICER     5/21/02
DATE

DEFENDANT
EXHIBIT
2