

COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS
# CIVIL SERVICE COMMISSION
## OFFICE OF PERSONNEL MANAGEMENT
P.O. BOX 5153CHRB, SAIPAN, MP 96950-5153

Tel. Nos.: (670) 234-6925
(670) 234-6958
(670) 234-8036
Fax No.: (670) 234-1013

E-F-01 Revised 01/14/05           NOTIFICATION OF PERSONNEL ACTION
NAME                              EMP.NO.       CITIZENSHIP  APPT COME DATE  BIRTH D...
ALICAN, EMBRENCIANA PETER         103274        US           11/05/58

SOCIAL SECURITY NUMBER   CONTRACT NO.      GROUP HEALTH INS.   GROUP LIFE INS.
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                                COVERED  $02        COVERED

ACTION: EXCEPTED SERV. APPT. NTE: 04/08/06                    EFFECTIVE DATE: 04/09/05

FROM POSITION:
  P NO.         :                          BI-WEEKLY       :       $.00
  PL/STEP       :                          PER-ANNUM       :       $.00
  DUTY STATION  :                          DIFFERENTIAL    :
  DEPARTMENT    :
  DIVISION      :

TO POSITION   : SPECIAL ASST/WOMEN'S AFFAIRS
  P NO.        : S117                      BI-WEEKLY       :     $1,661.58
  PL/STEP      : UNGRADED                  PER-ANNUM       :    $43,200.00
  DUTY STATION : Saipan                    DIFFERENTIAL    :
  DEPARTMENT   : Office of the Governor
  DIVISION     : Women's Affair Office Division

HOURS OF LEAVE PER PAY PERIOD: ANNUAL LEAVE = 8    SICK LEAVE = 8
ACCOUNTS CHARGEABLE : 1160.61100
SUBJECT TO:      CNMI INCOME TAX: YES   CNMI RETIREMENT: YES

OVERTIME UNDER FLSA REGULATION: EXEMPT
"EXEMPT"-NOT ELIGIBLE FOR OVERTIME PAYMENT
"COVERED"-ELIGIBLE FOR OVERTIME PAYMENT

REMARKS:
    RSP: PER OPM-F-01 DATED 05/31/00 AS PER 1 CMC SECTION ...,
AMENDED BY PUBLIC LAW 12-1.

MANDATORY RETIREMENT MEMBERSHIP PER PUBLIC LAW 6-17.

DISTRIBUTION:
1. Employee - White
2. Personnel - Green
3. Payroll - Yellow
4. Department Head - Pink
5. Civil Service Commission - Blue
6. Budget - Golden Rod
7. Retirement Fund - Green

SIGNATURE: _____           _____
           PERSONNEL OFFICER                      DATE

DEFENDANT EXHIBIT 3