


# Special Assistant for Women's Affairs
### Office of the Governor
Caller Box 10007, CK, Saipan, MP 96950
Commonwealth of the Northern Mariana Islands

March 8, 2006

COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS
OFFICE OF THE LT. GOVERNOR
TIMOTHY P. VILLAGOMEZ

Honorable Timothy P. Villagomez
Lieutenant Governor
Commonwealth of the Northern Mariana Islands
Caller Box 10007 C.K.
Saipan, M.P. 96950

MAR 1 0 2006

RECEIVED
By: [signature]
Time: 4:41 pm

Re: Tenure of Special Assistant for Women's Affairs

Dear Lt. Governor Villagomez:

I have received your letter of February 6, 2006 notifying me of the termination of my position as Special Assistant for Women's Affairs. You have referred to 1CMC §813 (a)(6) in support of the administration's position that the Special Assistant for women's Affairs serves at the pleasure of the governor.

Article II, Section 22, of the Commonwealth Constitution created the Office of Special Assistant to the Governor for Women's Affairs. Section 22.a) provides that the "special assistant may be removed only for cause." I am informed that the Constitution takes precedence over any statute. The Office of the Attorney General, during civil rights action against the government acknowledged in the U.S. District Court that the holder of the special assistant position may only be terminated for cause. You have not set forth any legal cause to terminate my appointment

Your letter also refers to a Notification of Personnel Action as a basis for limiting my appointment. The NOPA document was not signed by me, is solely for payroll purposes, and to my understanding will not supercede the Commonwealth Constitution. The comments by the Attorney General's Office mentioned above were made after the NOPA was issued.

With the foregoing being said, I do understand that an incoming administration desires to appoint its own political supporters to various positions. In light of this, I am prepared to discuss with you amicable resolution of this matter.

Sincerely Yours,

[signature]
Emerenciana "Emi" Peter-Palican

DEFENDANT EXHIBIT
Exhi 6

Telephone: (670) 664-2293 & 664-2294 * Facsimile: (670) 664-2296 Email: govsawao@gtepacifica.net
WA Tinian Field Office Telephone (670) 433-4102 Facsimile (670) 433-2535 P.O. Box 59, San Jose, Tinian, MP 96952