David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| EMERENCIANA PETER-PELICAN | ) | CIVIL ACTION NO. 07-0022 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' STATEMENT** |
| | ) | **OF UNDISPUTED FACTS** |
| **GOVERNMENT OF THE** | ) | |
| **COMMONWEALTH OF THE** | ) | |
| **and TIMOTHY VILLAGOMEZ,** | ) | |
| in his official and individual capacities, | ) | |
| | ) | Hearing Date: February 28, 2008 |
| **Defendants** | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: A. Munson |

Defendants aver that the following facts are undisputed in this action:

1. Plaintiff was appointed Spcial Assistant for Women's Affairs by Governor Juan Babauta on April 5, 2002, effective April 8, 2002. (Defendant's Mot.Sum.Judg., Ex. 1).

2. Plaintiff received a letter from Defendant Villagomez, dated February 6, 2006, informing her that she must vacate the office of Special Assistant for Women't Affairs on or before April 8, 2006. (Defendants' MSJ, Ex. 5).

3. Plaintiff did vacate her office on or about April 15, 2008.

4. Defendant CNMI issued personnel actions regarding her appointment. (Def. MSJ, Ex. 2,3,4)

5. Plaintiff signed the Conditions of Employment relative to her appointment. (Def. MSJ, Ex. 4).

6. The Request for Personnel Action and Notification of Personnel Action issued to document

1
2  Plaintiff's appointment indicate a term from April 8, 2002, to April 8, 2006.  (Def. MSJ, Ex. 2, 3).
3                                                              Respectfully submitted,
4
5                                                                 /s/   David Lochabay
                                                               David Lochabay
                                                               Asst. Attorney General
6                                                              Office of the Attorney General
                                                               Attorneys for Defendants
7
                                        CERTIFICATE OF SERVICE
8
        I hereby certify that the above and foregoing was e-filed this 1st day of February, 2008, with
9   service reauested to Douglas F. Cushnie, attorney for Plaintiff.
10
                                                                  /s/   David Lochabay
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28