David Lochabay #F0305
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PELICAN<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE and TIMOTHY VILLAGOMEZ, in his official and individual capacities,<br><br>Defendants | CIVIL ACTION NO. 07-0022<br><br>ERRATA FOR DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>Hearing Date: February 28, 2008<br>Time: 9:00 a.m.<br>Judge: A. Munson |

**COMES NOW** Defendants in the above styled and numbered cause, who would now present to the Court this Errata for their <u>Memorandum of Law in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment</u>.

Defendants would show the Court the following:

I.

During the e-filing process, the Memorandum was converted to Word from Wordperfect prior to being converted to a PDF file. The Wordperfect to Word conversion produced significant errors in typeface and spacing which were carried forward with the PDF conversion. These conversion errors created a document which is unprofessional and not in compliance with the Local Rules. The Memorandum was filed Friday, February 1, 2008. These errors were not noticed until Monday, February 4, 2008.

Attached to this Errata is the original Memorandum and the Declaration of David Lochabay.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the Court accept this Errata and replace the Memorandum filed on February 1, 2008, with the Memorandum submitted with this Errata.

Respectfully submitted,

_/s/  David Lochabay_
David Lochabay #F0305
Asst. Attorney General
Office of the Attorney General
Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been e-filed this 5th day of February, 2008, with service requested to Douglas F. Cushnie, P. O. Box 500949, Saipan, MP 96950, attorney for Plaintiff.

_/s/  David Lochabay_

.

2