1 | David Lochabay #F0305
Asst. Attorney General
2 | OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
3 | Capital Hill
Caller Box 10007
4 | Saipan, MP 96950
Tel: (670) 664-2341
5 | Fax: (670) 664-2331
E-mail: lochabay@justice.com
6
Attorneys for Defendants

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| EMERENCIANA PETER-PELICAN | ) CIVIL ACTION NO. 07-0022 |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF |
|  | ) DAVID LOCHABAY |
| GOVERNMENT OF THE COMMONWEALTH OF THE and TIMOTHY VILLAGOMEZ, in his official and individual capacities, | ) |
| Defendants | ) |

**COMES NOW** David Lochabay, who would now declare as follows:

"My name is David Lochabay. I am over the age of majority, have never been convicted of a felony, am otherwise fully competent to make this Declaration, and would testify to the matters contained herein in a court of law if called upon to do so.

"I am employed as an Assistant Attorney General by the Commonwealth of the Northern Mariana Islands. As part of my duties I have been assigned to represent the Commonwealth and Timothy Villagomez in the above styled and numbered cause.

"On February 1, 2008, I caused to be e-filed Defendants' Memorandum of Law in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment and Cross-Motion for Summary Judgment. The Memorandum was created in Wordperfect format. During the e-filing process within the Attorney General's office the Memorandum was converted to Word format. This conversion was accompanied by errors of typeface and spacing, and resulted in a document which looks

unprofessional and was not in conformance with the Local Rules of the United States District Court for the Northern Mariana Islands. This is the Memorandum which was actually e-filed.

"I have prepared an Errata which replaces the incorrect Memorandum with the original Memorandum.

"I have discussed this matter with Douglas F. Cushnie, attorney for Plaintiff, and he has no objection to substituting the original Memorandum for the filed Memorandum.

"I swear under penalty of perjury that the above and foregoing is true and correct, that I have personal knowledge of the facts contained above, and that I execute this Declaration on the island of Saipan, Commonwealth of the Northern Mariana Islands, this 4th day of February, 2008."

　　　　　　　　　　　　　　　　/s/ David Lochabay
　　　　　　　　　　　　　　　　David Lochabay #F0305
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　Attorney for Defendants