# EXHIBIT MR 1

# DECLARATION OF

# MATHILDA ROSARIO

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PELICAN ) | CIVIL ACTION NO. 07-0022 |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF |
| ) | MATHILDA ROSARIO |
| GOVERNMENT OF THE ) | |
| COMMONWEALTH OF THE ) | |
| and TIMOTHY VILLAGOMEZ, ) | |
| in his official and individual capacities, ) | |
| ) | |
| Defendants ) | |

**COMES NOW** Mathilda Rosario, who would now declare as follows:

"My name is Mathilda Rosario. I am over the age of majority, have never been convicted of a felony, am otherwise fully competent to make this Declaration, and would testify to the matters contained herein in a court of law if called upon to do so.

"I am employed as the Director of the Office of Personnel Management by the Commonwealth of the Northern Mariana Islands.

"I have researched the history of the office of Special Assistant for Women's Affairs.

"The office was created by the 2nd Constitutional Convention, and entered the constitution as Art. III, Sec. 22. It is a cabinet level office and the Special Assistant is appointed by the governor.

"On September 11, 1986, Governor Pedro P. Tenorio appointed Anicia Tomokane to be the first Special Assistant for Women's Affairs. She served until December 29, 1989, the end of Gov. Tenorio's term, when she resigned. (Ex. MR 2)

"On January 31, 1990, at the beginning of his term, Gov. Lorenzo De Leon Guerrero appointed Margarita Torres as Special Assistant for Women's Affairs. She served until June 30, 1993, when she resigned for health reasons. (Ex. MR 3)

"On July 1, 1993, Gov. De Leon Guerrero appointed Maria T. Peter to the post. She served until the end of his term, resigning on January 7, 1994. (Ex. MR 4)

"On April 15, 1994, Gov. Froilan Tenorio appointed Remedio P. Sablan to the post. She served

until the end of his term, the effective date of her separation from employment being January 8, 1998. The Notice of Personnel Action memorializing her resignation lists "Completion of Appointment" as the reason for her resignation. (Ex. MR 5)

"On February 4, 1998, incoming Governor Pedro P. Tenorio appointed Marian G. Tudela to be Special Assistant for Women's Affairs. She served until January 30, 1999, when she resigned. (Ex. MR 6)

"Gov. Tenorio then appointed Evelyn Fleming David to serve as Acting Special Assistant for Women's Affairs. She served until January 18, 2000, when Ms. Ana Teregeyo was appointed to the post. She served until January 12, 2002, when she resigned. The Notice of Personnel Action memorializing her resignation lists "Completion of Appointment/Political Appointee) as the reason for her resignation. (Ex. MR 7).

"On April 8, 2002, Gov. Juan Babauta appointed Emerenciana Peter-Palican to the post. She served until April 15, 2006, and vacated the office in a dispute over her continuation in office over the objections of the incoming governor.

"My research revealed that all of the women serving as Special Assistants for Women's Affairs at the conclusion of a sitting governor's term resigned at that time. My research did not reveal any Special Assistant for Women's Affairs who served into the term of an incoming governor, except Ms. Peter-Palican.

"I swear under penalty of perjury that the above and foregoing is true and correct, that I have personal knowledge of the facts contained above, and that I execute this Declaration on the island of Saipan, Commonwealth of the Northern Mariana Islands, this 20th day of February, 2008."

Mathilda Rosario

2