# EXHIBIT MR 2

# ANICIA TOMOKANE



# Commonwealth of the Northern Mariana Islands
## Office of the Governor
Saipan, Mariana Islands 96950

Phone: 6407/6408/6581
Telex: 783-622 Gov. NMI

SEP 11 1986

Mrs. Anicia Q. Tomokane
Garapan Village
Saipan, CM   96950

Dear Mrs. Tomokane:

I am pleased to appoint you to the position of Special Assistant for Women's Affairs which was established pursuant to Constitutional Amendment No. 21.

This appointment shall take effect on September 13, 1986 and does not require the advice and consent of the Senate.

The duties and responsibilities of this position are set forth in Section b) of the above referenced Constitutional Amendment. I am confident that you will represent women's interests in an impartial and effective manner and I look forward to working closely with you during the remainder of my term in office.

Congratulations and best wishes. If I can be of any assistance, please do not hesitate to contact me.

Sincerely,

PEDRO P. TENORIO
Governor

CC:   President of the Senate
      Speaker, House of Representatives
      Special Advisor for Political Affairs

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF THE CIVIL SERVICE COMMISSION
P.O. Box 150 CHRB, Saipan, CM 96950

CSC-P-01

**REQUEST FOR PERSONNEL ACTION**

**PART I. REQUESTING OFFICE:** To be filled in by Requesting Office. Fill in all spaces applicable to the personnel action requested. See Personnel Procedural Manual, Part III, Sub-Part B, for instructions.

1. NAME (CAPS) LAST-FIRST-MIDDLE — MR. — MISS — MRS.
   TOMOKANE, Anicia Q.    Mrs.
2. BIRTH DATE (Mo., Day, Year): 10/18/55
3. SOCIAL SECURITY NO.: 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

A. KIND OF ACTION REQUESTED
   (1) PERSONNEL (Specify appointment, reassignment, resignation, etc.)
       Appointment
   (2) POSITION (Specify establish, review, abolish, etc.)
       Established

B. REQUEST NUMBER
C. DATE OF REQUEST
D. PROPOSED EFFECTIVE DATE: August 31, 1986

4. PERSONNEL OFFICE USE ONLY
   A. LIFE INSURANCE CODE: COVERED [ ]  INELIGIBLE [ ]  WAIVED [ ]
   B. HEALTH INSURANCE CODE: COVERED [ ]  INELIGIBLE [ ]  WAIVED [ ]
   C. SERVICE COMP. DATE:
   D. TENURE GROUP:
   E. CITIZENSHIP: CNMI
   F. HANDICAP CODE: N/A
   G. NATURE OF ACTION CODE:
   H. EFFECTIVE DATE (Mo., Day, Year): 9/13/86  9/1/86
   I. AUTHORITY: Constitutional Amend. #21

5. FROM: POSITION TITLE AND NUMBER
6. (a) Level (b) Step
7. DIFFERENTIALS
8. Bi-weekly Salary / Per Annum Salary
9. NAME AND LOCATION OF EMPLOYING OFFICE

10. TO: POSITION TITLE AND NUMBER
    Women's Affairs
11. (a) Level (b) Step: Ungraded
12. DIFFERENTIALS
13. Bi-weekly Salary: $961.53 / Per Annum Salary: $25,000.00
14. NAME AND LOCATION OF EMPLOYING OFFICE
    Office of the Governor
15. DUTY STATION (City-country-state): Saipan
16. FUNDING (Account Number): 1011-4110
    APPROVED (Budget Office) 8/31/86
    James H. Ripple, Acting SAPB
17. [ ] PERSONNEL SERVICE SYSTEM   [X] EXCEPTED SERVICE
18. REMARKS BY REQUESTING OFFICE (Continue in item F on reverse side, if necessary)

19. REQUESTED BY (Signature and title) (Leave blank on resignations)
20. FOR ADDITIONAL INFORMATION — CALL (Name and telephone number)
21. REQUEST APPROVED BY:
    SIGNATURE: Pedro P. Tenorio
    TITLE: Governor

**PART II. TO BE COMPLETED BY PERSONNEL OFFICE** (Items inside heavy lines in Part I above also to be completed)

22. POSITION CLASSIFICATION ACTION: [ ] NEW  [ ] VICE  [ ] REALLOCATED  [ ] OTHER
23. CLEARANCES — Initials or Signature | Date
    (A) CLASSIFICATION:
    (B) EMPLOYMENT/EMPLOYEE RELATIONS:
    (C)
24. REMARKS:
25. APPROVED BY: Jesus P. Mafnas   9/10/86
    PERSONNEL OFFICER   DATE

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE CIVIL SERVICE COMMISSION**
P.O. Box 150 CHRB, Saipan, MP 96950

## NOTIFICATION OF PERSONNEL ACTION

CSC-P-02

| 1. NAME: (CAPS) Last – First – Middle      Mr. Mrs. Miss | 2. CITIZENSHIP | 3. SERVICE COMP DATE | 4. BIRTH DATE Month Day Year |
|---|---|---|---|
| TOMOKANE, Anicia Quituqua | U.S. |  | Oct. 18 '55 |

| 5. SOCIAL SECURITY No. | 6. GROUP LIFE INSURANCE | 7. HEALTH INSURANCE: Code No. ___ |
|---|---|---|
| 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/77702 | COVERED | WAIVED |

| 8. NATURE OF ACTION: | 9. EFFECTIVE DATE Month Day Year |
|---|---|
| (RESIGNATION) | (Dec. 29, 1989) |

| 10. FROM: POSITION TITLE & NUMBER | 11. PAY LEVEL/STEP | 12. SALARY BI-WEEKLY: PER ANNUM: |
|---|---|---|
| SPECIAL ASS'T. FOR WOMEN'S AFFAIRS | UNGRADED | $36,000.00 |

| 13. NAME & LOCATION OF EMPLOYING OFFICE: | 14. DUTY STATION |
|---|---|
| WOMEN'S AFFAIRS OFFICE, OFFICE OF THE GOVERNOR | SAIPAN |

| 15. TO: POSITION TITLE & NUMBER | 16. PAY LEVEL/STEP | 17. SALARY BI-WEEKLY: PER ANNUM: |
|---|---|---|
|  |  |  |

| 18. NAME & LOCATION OF EMPLOYING OFFICE: | 19. DUTY STATION |
|---|---|
|  |  |

20. ELIGIBLE FOR LEAVE ACCRUAL:
[XX] ANNUAL   NO. OF HOURS PER PAY PERIOD __08__
[XX] SICK     NO. OF HOURS PER PAY PERIOD __04__

| 21. ACCOUNT CHARGEABLE: | 22. SUBJECT TO: |
|---|---|
| 1022-4110 | GNM Income Tax [XX]   CNMI Retirement [XX]   Social Security [ ]   Other [ ] |

23. REMARKS:

EMPLOYEE IS ELIGIBLE FOR ALL LUMP SUM PAYMENT OF ACCRUED UNUSED ANNUAL LEAVE OF 274.50 hours by Dec. 29, 1989.
SICK LEAVE BALANCE OF 123 hours. SHOULD BE CONVERTED TO EMPLOYEE'S YEARS OF SERVICE.

DISTRIBUTION:
1. Employee
2. Personnel-OPF
3. Payroll
4. Department Head
5. Budget

ENTERED 2 0 DEC 1989

SIGNATURE: _____   12/18/89
JESUS P. MAFNAS
PERSONNEL OFFICER           DATE