# EXHIBIT MR 3

## MARGARITA C. TORRES

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS    OFFICE OF THE GOVERNOR
Capitol Hill
Saipan, Northern Mariana Islands 96950

# MEMORANDUM

TO : All Department and Activity Heads

DATE: 3 1 JAN 1990

FROM : Governor

SUBJECT : Appointment of Special Assistant for Women's Affairs

This is to inform you that, pursuant to Constitutional Amendment No. 21, I have appointed Ms. Margaret C. Torres as my Special Assistant for Women's Affairs, effective immediately.

Please extend your full cooperation and assistance to Ms. Torres as she carries out her responsibilities.

LORENZO I. DE LEON GUERRERO

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF THE CIVIL SERVICE COMMISSION
P.O. Box 150 CHRB, Saipan, MP 96950

## NOTIFICATION OF PERSONNEL ACTION

CSC-P-02

| 1. NAME: (CAPS) Last — First — Middle | Mr. Mrs. Miss | 2. CITIZENSHIP | 3. SERVICE COMP DATE | 4. BIRTH DATE Month Day Year |
|---|---|---|---|---|
| TORRES, MARGARITA C. | (MRS.) | U.S. | | 09 07 46 |

| 5. SOCIAL SECURITY No. | 6. GROUP LIFE INSURANCE | 7. HEALTH INSURANCE: Code No. |
|---|---|---|
| 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/00637 | Covered | Waived |

8. NATURE OF ACTION: Appointment

9. EFFECTIVE DATE: Month 01  Day 31  Year 90

| 10. FROM: POSITION TITLE & NUMBER | 11. PAY LEVEL/STEP | 12. SALARY BI-WEEKLY: / PER ANNUM: |
|---|---|---|
| | | |

13. NAME & LOCATION OF EMPLOYING OFFICE:
14. DUTY STATION:

| 15. TO: POSITION TITLE & NUMBER | 16. PAY LEVEL/STEP | 17. SALARY BI-WEEKLY: $1,384.61 / PER ANNUM: $36,000.00 |
|---|---|---|
| Special Assistant for Women's Affairs | Ungraded | |

18. NAME & LOCATION OF EMPLOYING OFFICE: Office of the Governor
19. DUTY STATION: Saipan

20. ELIGIBLE FOR LEAVE ACCRUAL:
XXX ANNUAL  NO. OF HOURS PER PAY PERIOD  08
XXX SICK  NO. OF HOURS PER PAY PERIOD  04

21. ACCOUNT CHARGEABLE: 1022-4110

22. SUBJECT TO:
GNM Income Tax [X]   CNMI Retirement [X]
Social Security [ ]   Other [ ]

23. REMARKS:

Ref: Governor's memo dated 01/31/90.

Mandatory retirement membership per Public Law 6-17.

DISTRIBUTION:
1. Employee
2. Personnel-OPF
3. Payroll
4. Department Head
5. Budget

posted

SIGNATURE: Alonzo Igisomar   Acting PERSONNEL OFFICER
ALONZO IGISOMAR
DATE: 2/13/90



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE CIVIL SERVICE COMMISSION**
P.O. Box 5150 CHRB, Saipan, MP 96950

### NOTIFICATION OF PERSONNEL ACTION

CSC-P-02 (Revised 01/13/93)

| 1. NAME: (CAPS) Last – First – Middle     Mr.   Mrs.   Miss | 2. CITIZENSHIP | 3. SERVICE COMP DATE | 4. BIRTH DATE Month Day Year |
|---|---|---|---|
| TORRES, MARGARITA C.     (MRS.) | U.S. | 02/10/73 | 09  07  46 |

| 5. SOCIAL SECURITY No. | 6. GROUP LIFE INSURANCE | 7. HEALTH INSURANCE: Code No. ____ |
|---|---|---|
| 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/00637 | Covered | Waived |

| 8. NATURE OF ACTION: | 9. EFFECTIVE DATE Month Day Year |
|---|---|
| Resignation | 06  30  93 |

| 10. FROM: POSITION TITLE & NUMBER | 11. PAY LEVEL/STEP | 12. SALARY BI-WEEKLY: $1,661.54 / PER ANNUM: $43,200.00 |
|---|---|---|
| Special Assistant for Women's Affairs | Ungraded | |

| 13. NAME & LOCATION OF EMPLOYING OFFICE: | 14. DUTY STATION |
|---|---|
| Office of the Governor, Women's Affairs Office | Saipan |

| 15. TO: POSITION TITLE & NUMBER | 16. PAY LEVEL/STEP | 17. SALARY BI-WEEKLY: / PER ANNUM: |
|---|---|---|
| | | |

| 18. NAME & LOCATION OF EMPLOYING OFFICE: | 19. DUTY STATION |
|---|---|
| | |

**20. ELIGIBLE FOR LEAVE ACCRUAL:**

[XX] ANNUAL   NO. OF HOURS PER PAY PERIOD __08__   [XX] SICK   NO. OF HOURS PER PAY PERIOD __04__

| 21. ACCOUNT CHARGEABLE: | 22. SUBJECT TO: |
|---|---|
| 1030-6111 | GNMI Income Tax [XX]   CNMI Retirement [XX]   Social Security [ ]   Other [ ] |

**23. REMARKS:**

Ref: Employee's resignation letter dated 06/01/93.

Entitled for lump sum payment of all unused Annual Leave. Sick Leave balance will be kept in employee's record for a period of three (03) years effective from the date of resignation.

ENTERED 2 8 JUL 1993

DISTRIBUTION:
1. Employee – White
2. Personnel – Green
3. Payroll – Yellow
4. Department Head – Pink
5. Budget – Golden Rod

SIGNATURE: _____   7/26/93
NORBERT S. SABLAN
PERSONNEL OFFICER                        DATE