# EXHIBIT MR 4

# MARIA T. PETER



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE CIVIL SERVICE COMMISSION**
P.O. Box 5150 CHRB, Saipan, MP 96950

## NOTIFICATION OF PERSONNEL ACTION

CSC-P-02 (Revised 01/13/93)

| 1. NAME: (CAPS) Last – First – Middle   Mr. Mrs. Miss | 2. CITIZENSHIP | 3. SERVICE COMP DATE | 4. BIRTH DATE Month Day Year |
|---|---|---|---|
| PETER, MARIA T.   (MRS.) | U.S. |  | 12  06  48 |

| 5. SOCIAL SECURITY No. | 6. GROUP LIFE INSURANCE | 7. HEALTH INSURANCE: Code No. ___ |
|---|---|---|
| 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/75903 | Covered | Waived |

| 8. NATURE OF ACTION: | 9. EFFECTIVE DATE Month Day Year |
|---|---|
| Resignation | 01  07  94 |

| 10. FROM: POSITION TITLE & NUMBER | 11. PAY LEVEL/STEP | 12. SALARY BI-WEEKLY: $1,661.54   PER ANNUM: $43,200.00 |
|---|---|---|
| Special Assistant for Women's Affairs | Ungraded |  |

| 13. NAME & LOCATION OF EMPLOYING OFFICE: | 14. DUTY STATION |
|---|---|
| Office of the Governor, Women's Affairs Office | Saipan |

| 15. TO: POSITION TITLE & NUMBER | 16. PAY LEVEL/STEP | 17. SALARY BI-WEEKLY :   PER ANNUM : |
|---|---|---|
|  |  |  |

| 18. NAME & LOCATION OF EMPLOYING OFFICE: | 19. DUTY STATION |
|---|---|
|  |  |

20. ELIGIBLE FOR LEAVE ACCRUAL:
   [XXX] ANNUAL   NO. OF HOURS PER PAY PERIOD  08       [XXX] SICK   NO. OF HOURS PER PAY PERIOD  04

| 21. ACCOUNT CHARGEABLE: | 22. SUBJECT TO: |
|---|---|
| 1030-6111 | GNM Income Tax [XXX]   CNMI Retirement [XX]   Social Security [ ]   Other [ ] |

23. REMARKS:

Ref: CSC-P-1, Part III dated 01/07/94.

Entitled for lump sum payment of all unused Annual Leave. Sick leave balance will be kept in employee's leave record for a period of three (03) years effective from the date of resignation.

DISTRIBUTION:
1. Employee – White
2. Personnel – Green
3. Payroll – Yellow
4. Department Head – Pink
5. Budget – Golden Rod

ENTERED 2 9 MAR 1994

SIGNATURE: _Norbert S. Sablan_   NORBERT S. SABLAN
PERSONNEL OFFICER

DATE: 2/01/94



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE CIVIL SERVICE COMMISSION**
P.O. Box 5150 CHRB, Saipan, MP 96950

## NOTIFICATION OF PERSONNEL ACTION

CSC-P-02 (Revised 01/13/93)

| 1. NAME: (CAPS) Last – First – Middle | Mr. Mrs. Miss | 2. CITIZENSHIP | 3. SERVICE COMP DATE | 4. BIRTH DATE Month Day Year |
|---|---|---|---|---|
| PETER, MARIA T. | (MRS.) | U.S. | | 12 06 48 |

| 5. SOCIAL SECURITY No. | 6. GROUP LIFE INSURANCE | 7. HEALTH INSURANCE: Code No. ___ |
|---|---|---|
| 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/75903 | Covered | Waived |

8. NATURE OF ACTION: **CONSERVATION** (CONVERSION)

9. EFFECTIVE DATE: Month 07  Day 01  Year 93

| 10. FROM: POSITION TITLE & NUMBER | 11. PAY LEVEL/STEP | 12. SALARY |
|---|---|---|
| "Acting" Special Assistant for Women's Affairs | Ungraded | BI-WEEKLY: $1,661.54<br>PER ANNUM: $43,200.00 |

| 13. NAME & LOCATION OF EMPLOYING OFFICE: | 14. DUTY STATION |
|---|---|
| Office of The Governor, Women's Affairs Office | Saipan |

| 15. TO: POSITION TITLE & NUMBER | 16. PAY LEVEL/STEP | 17. SALARY |
|---|---|---|
| Special Assistant for Women's Affairs | Ungraded | BI-WEEKLY: $1,661.54<br>PER ANNUM: $43,200.00 |

| 18. NAME & LOCATION OF EMPLOYING OFFICE: | 19. DUTY STATION |
|---|---|
| Office of the Governor, Women's Affairs Office | Saipan |

20. ELIGIBLE FOR LEAVE ACCRUAL:
[XX] ANNUAL  NO. OF HOURS PER PAY PERIOD  08
[XX] SICK    NO. OF HOURS PER PAY PERIOD  04

21. ACCOUNT CHARGEABLE: 1030-6111

22. SUBJECT TO:
GNM Income Tax [XX]     CNMI Retirement [XX]
Social Security [ ]     Other [ ]

23. REMARKS:

Conversion to Special Assistant for Women's Affairs per Governor's memo dated 06/09/93.

DISTRIBUTION:
1. Employee – White
2. Personnel – Green
3. Payroll – Yellow
4. Department Head – Pink
5. Budget – Golden Rod

ENTERED 2 8 JUL 1993

SIGNATURE: _Norbert S. Sablan_
NORBERT S. SABLAN
PERSONNEL OFFICER

DATE: 7/26/93