# EXHIBIT MR 5

# REMEDIO R. SABLAN



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

**FROILAN C. TENORIO**
Governor

**JESUS C. BORJA**
Lt. Governor

Capitol Hill
Saipan, MP 96950
Telephone: (670) 322-5091~3
Fax: (670) 322-5096

15 APR 1994

Mrs. Remedio R. Sablan
Post Office Box 466
Saipan, MP 96950

Dear Mrs. Sablan:

This is to inform you that, pursuant to Article III, Section 22 of our Constitution, I am appointing you to the position of Special Assistant for Women's Affairs. This appointment will take effect on Monday, April 18, 1994.

The Lt. Governor and I have the highest confidence in your abilities and your motivation. The Office of Women's Affairs is in need of dynamic new leadership, and we believe that you are the person who can provide it.

We look forward to working with you.

Sincerely,

FROILAN C. TENORIO



**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE CIVIL SERVICE COMMISSION**
**PERSONNEL OFFICE**
P.O. Box 5150 CHRB, SAIPAN, MP 96950
TEL. NOS.: (670) 234-6925/6958/8036
FAX NO.: (670) 234-1013

CSC-P-02 (Revised 03/08/94)

## NOTIFICATION OF PERSONNEL ACTION

NAME
SABLAN, REMEDIO R.

EMP. # 08843    CITIZENSHIP US    SERV COMP DATE    BIRTH DATE 10/20/51

SOCIAL SECURITY No: 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    CONTRACT No.

GROUP HEALTH INSURANCE: WAIVED    GROUP LIFE INS.: COVERED

==========================================================================

ACTION: APPOINTMENT                                EFFECTIVE DATE: 04/18/94

FROM POSITION:
   PD No.:
   PL/STEP:                                        BI-WEEKLY:
   DUTY STATION: SAIPAN                            PER ANNUM:
   DEPARTMENT:                                     DIFFERENTIAL:
   DIVISION:

TO POSITION: SA/WOMEN'S AFFAIRS
   PD No.: 1070
   PL/STEP: UNG                                    BI-WEEKLY: $1,661.54
   DUTY STATION: SAIPAN                            PER ANNUM: $43,200.00
   DEPARTMENT: GOVERNORS OFFICE                    DIFFERENTIAL:
   DIVISION: WOMENS AFFAIRS OFFICE

HOURS OF LEAVE PER PAY PERIOD: ANNUAL LEAVE = 8   SICK LEAVE = 4
ACCOUNTS CHARGEABLE: 1030-6111
SUBJECT TO:   CNMI INCOME TAX: YES      CNMI RETIREMENT: YES

REMARKS:
APPOINTMENT PER GOVERNOR'S LETTER DATED 04/15/94.

GROUP LIFE INSURANCE COVERAGE WILL BE CARRIED ON TO THIS APPOINTMENT.

MANDATORY RETIREMENT MEMBERSHIP PER PUBLIC LAW 6-17.

DISTRIBUTION:
1. Employee - White
2. Personnel - Green
3. Payroll - Yellow
4. Department Head - Pink
5. Budget - Golden Rod

SIGNATURE: _____      4/28/94
NORBERT S. SABLAN                     DATE
Personnel Officer

Enter 1/21/98

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**OFFICE OF THE GOVERNOR**
**OFFICE OF PERSONNEL MANAGEMENT**
P.O. Box 5153 CHRB, SAIPAN, MP 96950

Tel. Nos.: (670) 234-6925
(670) 234-6958
(670) 234-8036
Fax No.: (670) 234-1013

OPM-F-92 (Revised 03/08/94)

## NOTIFICATION OF PERSONNEL ACTION

NAME: SABLAN, REMEDIO R.
EMP. #: 08843
CITIZENSHIP: US
SERV COMP DATE:
BIRTH DATE: 10/20/51

SOCIAL SECURITY No.: 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
CONTRACT No.:
GROUP HEALTH INSURANCE: F
GROUP LIFE INS.: T

ACTION: COMPLETION OF APPOINTMENT          EFFECTIVE DATE: 01/08/98

FROM POSITION: SA/WOMEN'S AFFAIRS
  PD No.: 1070
  PL/STEP: UNG
  DUTY STATION: SAIPAN
  DEPARTMENT: OFFICE OF THE GOVERNOR
  DIVISION: WOMEN AFFAIRS OFFICE

BI-WEEKLY: $1,661.54
PER ANNUM: $43,200.00
DIFFERENTIAL: $

TO POSITION:
  PD No.:
  PL/STEP:
  DUTY STATION: SAIPAN
  DEPARTMENT:
  DIVISION:

BI-WEEKLY:
PER ANNUM:
DIFFERENTIAL: $

HOURS OF LEAVE PER PAY PERIOD: ANNUAL LEAVE = 8   SICK LEAVE = 4
ACCOUNTS CHARGEABLE: 1260-6111
SUBJECT TO:   CNMI INCOME TAX: YES    CNMI RETIREMENT: YES

OVERTIME UNDER FLSA REGULATION: EXEMPT (PSSR&R PART IV.B16 & ESR PART I.7C;
"EXEMPT" = NOT ELIGIBLE FOR OVERTIME PAYMENT
"COVERED" = ELIGIBLE FOR OVERTIME PAYMENT);

REMARKS:
COMPLETION OF APPOINTMENT.

ENTITLED FOR LUMP SUM PAYMENT OF ALL UNUSED ANNUAL LEAVE. SICK LEAVE BALANCE WILL BE KEPT IN EMPLOYEE'S LEAVE RECORD FOR A PERIOD OF THREE (03) YEARS EFFECTIVE FROM THE DATE OF COMPLETION.

DISTRIBUTION:
1. Employee - White
2. Personnel - Green
3. Payroll - Yellow
4. Department Head - Pink
5. Civil Service Commission - Blue
6. Budget - Golden Rod

SIGNATURE: _____
LUIS S. CAMACHO
DIRECTOR OF PERSONNEL MANAGEMENT

DATE: 01/07/98

POSTED 1/23/98