# EXHIBIT MR 6

# MARIAN DLG TUDELA



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

Pedro P. Tenorio
Governor

Jesus R. Sablan
Lt. Governor

Caller Box 1000
Saipan, MP 9695
Telephone: (670) 664-220
Fax: (670) 664-22

FEB 0 4 1998

Ms. Marian DLG Tudela
Post Office Box 335
Saipan, MP 96950

Dear Mrs. Tudela:

This is to inform you that, pursuant to Article III, Section 22 of our Constitution, I am appointing you to the position of Special Assistant for Women's Affairs, effective February 9, 1998. This appointment does not require the advice and consent of the Senate and will take effect February 9, 1998.

As an appointee of the Governor, pursuant to 1 CMC §8511, you are required to file a statement of financial interests with the Public Auditor (form enclosed).

The Lt. Governor and I have confidence in your abilities and look forward to working closely with you.

Sincerely,

PEDRO P. TENORIO

Enclosure

CC:   All Department and Activity Heads



Ester 2/20/98

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
OFFICE OF THE GOVERNOR
OFFICE OF PERSONNEL MANAGEMENT
P.O. Box 5153 CHRB, SAIPAN, MP 96950

Tel. Nos.: (670) 234-6925
(670) 234-6958
(670) 234-8036
Fax No.: (670) 234-1013

PM-P-02 (Revised 03/08/94)

## NOTIFICATION OF PERSONNEL ACTION

```
NAME                                    EMP. #      CITIZENSHIP    SERV COMP DATE    BIRTH DATE
TUDELA, MARIAN G.                       32367          US             06/25/71        11/25/44
                                        100392
SOCIAL SECURITY No.   CONTRACT No.     GROUP HEALTH INSURANCE                      GROUP LIFE INS.
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                               T         201 2129                              T
```

ACTION: APPOINTMENT                                   EFFECTIVE DATE: 02/09/98

FROM POSITION:
  PD No.    :
  PL/STEP:
  DUTY STATION: SAIPAN                                BI-WEEKLY:
  DEPARTMENT:                                         PER ANNUM:
  DIVISION:                                           DIFFERENTIAL:$

TO POSITION: SA/FOR WOMEN'S AFFAIRS
  PD No.    :
  PL/STEP: UNG                                        BI-WEEKLY:    $1,661.54
  DUTY STATION: SAIPAN                                PER ANNUM:    $43,200.00
  DEPARTMENT: COMMUNITY & CULTURAL AFFAIRS            DIFFERENTIAL:$
  DIVISION:   WOMENS AFFAIRS OFFICE

HOURS OF LEAVE PER PAY PERIOD:   ANNUAL LEAVE = 8   SICK LEAVE = 4
ACCOUNTS CHARGEABLE : 1260-61100
SUBJECT TO:    CNMI INCOME TAX: YES      CNMI RETIREMENT: YES

OVERTIME UNDER FLSA REGULATION: EXEMPT   (PSSR&R PART IV.B16 & ESR PAR
"EXEMPT" = NOT ELIGIBLE FOR OVERTIME PAYMENT
"COVERED" = ELIGIBLE FOR OVERTIME PAYMENT);

REMARKS:
  REF: OPM-01 DATED 02/19/98 - PER GOVERNOR'S APPOINTMENT LETTER DATED 02/04/98

DISTRIBUTION:
  Employee - White
  Personnel - Green
  Payroll - Yellow
  Department Head - Pink          SIGNATURE: _____ MATHILDA A. ROSARIO _____   02/19/98
  Civil Service Commission - Blue                     LUIS S. CAMACHO                DATE:
  Budget - Golden Rod              ACTING          DIRECTOR OF PERSONNEL MANAGEMENT

POSTED 3/19/98

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
**OFFICE OF THE GOVERNOR**
OFFICE OF PERSONNEL MANAGEMENT
P.O. Box 5153 CHRB, SAIPAN, MP 96950

Tel. Nos.: (670) 234-6925
(670) 234-6958
(670) 234-8036
Fax No.: (670) 234-1013

Enter 1/22/99

OPM-P-02 (Revised 03/08/94)

## NOTIFICATION OF PERSONNEL ACTION

NAME: TUDELA, MARIAN G.
EMP. NO.: 100393
CITIZENSHIP: 1A
SERV. COMP. DATE: 06/25/71
BIRTH DATE: 11/25/44

SOCIAL SECURITY NUMBER: 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
CONTRACT NO.:
GROUP HEALTH INS: COVERED 201
GROUP LIFE INS.: COVERED

ACTION: RESIGNATION RETIREMENT                    EFFECTIVE DATE: 01/30/99

FROM POSITION: Spec Asst for Women's Affairs
PD No.       : 9117
PL/STEP      : UNG                BI-WEEKLY    : $~~1,660.80~~ $1,661.54
DUTY STATION : Saipan             PER-ANNUM    : $~~43,199.52~~ $43,200.00
DEPARTMENT   : Office of the Governor           DIFFERENTIAL :
DIVISION     : Women's Affairs Saipan

TO POSITION:
PD NO.       :
PL/STEP      :                    BI-WEEKLY    : $.00
DUTY STATION :                    PER-ANNUM    : $.00
DEPARTMENT   :                    DIFFERENTIAL :
DIVISION     :

HOURS OF LEAVE PER PAY PERIOD: ANNUAL LEAVE = 8   SICK LEAVE = 4
ACCOUNTS CHARGEABLE : 1260.61100
SUBJECT TO:  CNMI INCOME TAX: YES  CNMI RETIREMENT: YES

OVERTIME UNDER FLSA REGULATION: EXEMPT
"EXEMPT"-NOT ELIGIBLE FOR OVERTIME PAYMENT
"COVERED"-ELIGIBLE FOR OVERTIME PAYMENT

REMARKS:
    REF: OPM-01 DATED 01/18/99 - RESIGNATION RETIREMENT LETTER DATED 01/15/99.

ENTITLED FOR LUMP SUM PAYMENT OF ALL ACCRUED ANNUAL LEAVE. SICK LEAVE BALANCE IS CONVERTED TO EMPLOYEE'S YEARS OF SERVICE FOR RETIREMENT PURPOSE.

DISTRIBUTION:
1. Employee - White
2. Personnel - Green
3. Payroll - Yellow
4. Department Head - Pink
5. Civil Service Commission - Blue
6. Budget - Golden Rod

SIGNATURE: _____
MATHILDA A. ROSARIO
DIRECTOR OF PERSONNEL MANAGEMENT

DATE: 01/20/99

POSTED

Marian Dlg. Tudela
P.O. Box 335 CK
Saipan MP 96950

January 15, 1999

Hon. Pedro P. Tenorio
Governor
Office of the Governor
Capitol Hill, Caller Box 10007
Saipan, MP 96950

Dear Governor Tenorio:

It is with much regret that I must tender my resignation as a Director for the Women's Affairs Office due to family obligation. The date of my abdication of my services shall take effective on January 30, 1999.

I am extending my deepest and foremost gratitude and appreciation in which your office has bestowed upon me, during my tenure as a Director.

Thank you,

Marian Dlg. Tudela



RECEIVED
JAN 18 1999
O.P.M.