# EXHIBIT MR 7

# ANA S. TEREGEYO





**COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS**
**CIVIL SERVICE COMMISSION**
**OFFICE OF PERSONNEL MANAGEMENT**
P.O. BOX 5153CHRB, SAIPAN, MP 96950-5153

Tel. Nos.: (670) 234-6925
(670) 234-6958
(670) 234-8036
Fax No.: (670) 234-1013

*[Handwritten: Enter 1/14/02]*

CSC-P-02 (Revised 06/22/01)

**NOTIFICATION OF PERSONNEL ACTION**

| NAME | EMP. NO. | CITIZENSHIP | SERV COMP DATE | BIRTH DATE |
|---|---|---|---|---|
| TEREGEYO, ANA S. | 102532 | 1A | 12/22/65 | 02/09/48 |

| SOCIAL SECURITY NUMBER | CONTRACT NO. | GROUP HEALTH INS | GROUP LIFE INS |
|---|---|---|---|
| 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 | | COVERED 202 | COVERED |

**ACTION: COMPLETION OF ESA**            **EFFECTIVE DATE: 01/12/02**

FROM POSITION: Spec Asst for Women's Affairs
PD No.        : 9117                           BI-WEEKLY    : $1,660.80
PL/STEP       : UNG                            PER-ANNUM    : $43,199.52
DUTY STATION  : Saipan                         DIFFERENTIAL :
DEPARTMENT    : Office of the Governor
DIVISION      : Women's Affairs Saipan

TO POSITION:
PD NO.        :                                BI-WEEKLY    : $.00
PL/STEP       :                                PER-ANNUM    : $.00
DUTY STATION  :                                DIFFERENTIAL :
DEPARTMENT    :
DIVISION      :

HOURS OF LEAVE PER PAY PERIOD: ANNUAL LEAVE = 8    SICK LEAVE = 4
ACCOUNTS CHARGEABLE : 1260.61100
SUBJECT TO:    CNMI INCOME TAX: YES    CNMI RETIREMENT: YES

OVERTIME UNDER FLSA REGULATION: EXEMPT
"EXEMPT"-NOT ELIGIBLE FOR OVERTIME PAYMENT
"COVERED"-ELIGIBLE FOR OVERTIME PAYMENT

REMARKS:
  REF: CSC-01 DATED 01/08/02.

ENTITLED FOR LUMP SUM PAYMENT OF ALL ACCRUED UNUSED AL. EMPLOYEE ELECTED TO DONATE 50% OF HER UNUSED SICK LEAVE TO THE SICK LEAVE BANK. SICK LEAVE REMAINDER WILL BE KEPT IN THE EMPLOYEE'S LEAVE RECORD FOR A PERIOD OF THREE YEAR'S EFFECTIVE FROM THE DATE OF SEPARATION.
GROUP HEALTH INSURANCE COVERAGE WILL CONTINUE THRU 02/12/02.

DISTRIBUTION:
1. Employee - White
2. Personnel - Green
3. Payroll - Yellow
4. Department Head - Pink
5. Civil Service Commission - Blue
6. Budget - Golden Rod
7. Retirement Fund - Green

SIGNATURE: _[signature]_            DATE
PERSONNEL OFFICER



# COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
## OFFICE OF THE GOVERNOR
## OFFICE OF PERSONNEL MANAGEMENT
P.O. Box 5153 CHRB, Saipan, MP 96950-5153

### REQUEST FOR PERSONNEL ACTION

**OPM - 01**
**PART I. REQUESTING OFFICE**
NAME (CAPS) Last, First, Middle

TEREGEYO, ANA S.

| EMPLOYEE No. | SOCIAL SECURITY NO. | BIRTH DATE |
|---|---|---|
| 102532 | 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 | 02-09-48 |

PERSONNEL ACTION REQUESTED (Specify appointment, reassignment, etc.)

COMPLETION OF EMPLOYMENT ESA

| REQUEST No. | DATE OF REQUEST |
|---|---|
| 508 | 12-31-2001 |

POSITION (Specify establish, review, abolish, etc.)

APPOINTED

PROPOSED EFFECTIVE DATE: 01-12-2002

**FROM POSITION TITLE:**

| OCCUPATION CLASS CODE: | SPECIAL ASSISTANT FOR WAO | PL/STEP | : UNGRADED |
| PD NO. | : 9117 | BI-WEEKLY | : $1,661.54 |
| DUTY STATION | : Saipan | PER ANNUM | : $43,200.00 |
| DIVISION | : ADMINISTRATION WOMEN'S AFFAIRS OFC. | DIFFERENTIAL | : |
| DEPARTMENT | : OFFICE OF THE GOVERNOR | | |

FLSA: Exempt

**TO POSITION TITLE:**

| OCCUPATION CLASS CODE: | | PL/STEP | : |
| PD No. | : | BI-WEEKLY | : |
| DUTY STATION | : | PER ANNUM | : |
| DIVISION | : | DIFFERENTIAL | : |
| DEPARTMENT | : | | |

REQUESTED BY: ANA S. TEREGEYO SAWAO 12/31/01
REQUEST APPROVED BY: HON. PEDRO P. TENORIO, GOVERNOR

REMARKS BY REQUESTING OFFICE: Exit Interviews at 1:30 pm 1/3/02

APPT. COMPLETION OF EMPLOYMENT WITH TENORIO ADMINISTRATION. ELIGIBLE FOR LUMPSUM OF ACCRUED ANNUAL LEAVE AND THE 30% BONUS.

Concurred by: ROBERT A. SCHRACK, ASOF 1/3/02
FUNDING ACCT. No.: 1260-61100
APPROVED BY: EDWARD S. TENORIO SA - OMB

DEC 31 2001

---

### PERSONNEL OFFICE USE ONLY

POSITION OCCUPIED BY: ☐ PERSONNEL SERVICE SYSTEM  ☒ EXCEPTED SERVICE

POSITION CLASSIFICATION ACTION
☐ NEW    ☐ REALLOCATED  en 1/4/02
☐ VICE   ☒ Other (Specify) COMPL-ESA

HEALTH INSURANCE
☒ COVERED  ☐ WAIVED  ☐ INELIGIBLE  ☐ CODE 202  CERT. NO. _____

LIFE INSURANCE
☒ COVERED  ☐ WAIVED  ☐ INELIGIBLE

CLEARANCES
| | INITIALS | DATE |
|---|---|---|
| CLASSIFICATION | rd | 01/07/02 |
| PER | M 1-10-02  JFM 01/11/02 | |

APPROVED BY: NORBERT S. SABLAN
ACTING PERSONNEL OFFICER
DATE: 1/8/02