UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

EMERICIANA PETER-PALICAN,

    Plaintiff,

v.

GOVERNMENT OF THE
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS, *et al.*,

    Defendants.

Civil Action No. 07-0022

ORDER SETTING STATUS/SETTLEMENT CONFERENCE AT 8:00 A.M. ON THURSDAY, FEBRUARY 28, 2008

The court will conduct a status/settlement conference in this case prior to the hearing on the motions for summary judgment scheduled for 9:00 am on Thursday February 28, 2008. The status/settlement conference shall be held at 8:00 am on Thursday February 28, 2008. Plaintiff and a representative for Defendants with full, unrestricted authority to effect a settlement must be present.

**IT IS SO ORDERED.**

Dated:    February 26, 2008

                                                    /s/ Alex R. Munson
                                                  ALEX R. MUNSON
                                                  UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)