# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0022                                                                February 28, 2008
                                                                                    8:30 a.m.

**EMERENCIANA PETER-PALICAN -vs- GOVERNMENT OF THE CNMI, et al**

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Abigail Robinson, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Douglas Cushnie, Attorney for Plaintiffs
            David Lochabay, Attorney for Defendants


PROCEEDINGS:   MOTION FOR PARTIAL SUMMARY JUDGMENT and MOTION FOR SUMMARY JUDGMENT

    Plaintiff was represented in court by Attorney Douglas Cushnie. Defendants were represented by Attorney David Lochabay.

    Attorney Cushnie argued the motion for Partial Summary Judgment. Attorney Lochabay argued on behalf of the CNMI Government.

    Attorney Lochabay argued the Motion for Summary Judgment. Attorney Cushnie argued on behalf of the Plaintiff.

    Court, after hearing all argument, took the matters under advisement and stated that a decision would be forthcoming.

                                            Adjourned 9:15 a.m.


                                            */s/* K. Lynn Lemieux, Courtroom Deputy