Douglas F, Cushnie
P.O. Box 500949
Saipan MP 96950
Telephone: (670) 234-6830
Facsimile: (670) 234-9723
E mail: abogados@pticom.com

Attorney for: Plaintiff

FILED
Clerk
District Court

MAR - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PALICAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 07-0022<br><br>ORDER AMENDING DATE OF FINAL PRETRIAL CONFERENCE |

During the settlement conference held March 7, 2008, the parties agreed at plaintiff's request, and the court consented to reschedule the final pretrial conference from March 28, 2008 at 9:30 o'clock a.m. to March 25, 2008, at 9:30 o'clock a.m., accordingly,

IT IS HEREBY ORDERED, that the date of the final pretrial conference currently scheduled for March 28, 2008, at 9:30 o'clock a.m. is vacated, and the conference shall be held on March 25, 2008, at 9:30 o'clock a.m.

_____
ALEX R. MUNSON
United States District Judge