David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

FILED
Clerk
District Court

MAR 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PELICAN ) | CIVIL ACTION NO. 07-0022 |
| Plaintiff, ) | |
| v. ) | NOTICE OF APPEAL |
| GOVERNMENT OF THE ) COMMONWEALTH OF THE ) and TIMOTHY VILLAGOMEZ, ) in his official and individual capacities, ) | |
| Defendants ) | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS:**

**COMES NOW** Defendant Timothy Villagomez in the above styled and numbered cause, who would now file this Notice of Appeal to the Court of Appeals for the Ninth Circuit.

Defendant Villagomez appeals from the denial of qualified immunity contained in the District Court's <u>Order Granting Plaintiff's Motion for Summary Judgment and Granting In Part and Denying In Part Defendants' Motion for summary judgment</u>. A copy of the Order is attached to this Notice of Appeal. The denial of qualified immunity is found at Order, pp. 10-11. The Order was entered March

1 | 7, 2008.

2 |     Dated this 20th day of March, 2008.

David Lochabay
Asst. Attorney General
Office of the Attorney General
Caller Box 10007 CHRB
Saipan, MP 96950
Tel: (670) 664-2331 (Desk) 2341 (Office)
Fax: (670) 664-2349
E-mail: lochabay@gmail.com

Attorneys for Defendants/Cross-Appellants