FILED
Clerk
District Court

MAR 31 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

EMERENCIANA PETER-PALICAN,

    Plaintiff,

v.

GOVERNMENT OF THE
COMMONWEALTH OF THE
NORTHERN MARIANA ISLANDS, *et al.*,

    Defendants.
_____/

Civil Action No. 07-0022

**ORDER TAKING MATTER OFF CALENDAR**

Because Plaintiff has filed an interlocutory appeal,

IT IS ORDERED that the trial in this matter be taken off calendar until further order by this Court.

**IT IS SO ORDERED.**

Dated:     March 31, 2008

*Alex R. Munson*

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)