**Douglas F, Cushnie**
**P.O. Box 500949**
**Saipan MP 96950**
**Telephone: (670) 234-6830**
**Facsimile: (670) 234-9723**
**E mail: abogados@pticom.com**

**Attorney for: Plaintiff**

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **EMERENCIANA PETER-PALICAN,** | CIVIL ACTION NO. 07-0022 |
| Plaintiff, | |
| vs. | |
| **GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,** and **TIMOTHY P. VILLAGOMEZ,** in his official and individual capacities, | APPELLEE'S RULE 10(b)(3)(B) F.R.A.P.  STATEMENT |
| Defendants. | |

Appellant has declined to order any transcript of proceedings.  Appellant has not filed its statement of issues pursuant to Rule 10(b)(3)(A) F.R.A.P., and Circuit Rule 10-3.1(a).  Thus appellee is not able to determine whether a transcript is necessary and make an appropriate and timely filing pursuant to Rule 10(b)(3)(B) F.R.A.P., and Circuit Rule 10-3.1(b).

Dated this 7th day of April, 2008.

                                                    /s/
                                       DOUGLAS F. CUSHNIE
                             Attorney for Emi Peter-Palican

Case 1:07-cv-00022   Document 31   Filed 04/08/2008   Page 2 of 2