David Lochabay
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
2nd Fl., Juan A. Sablan Admin. Bldg.
Capital Hill
Caller Box 10007
Saipan, MP 96950
Tel: (670) 664-2341
Fax: (670) 664-2331
E-mail: lochabay@justice.com

Attorneys for Defendants

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EMERENCIANA PETER-PELICAN<br><br>    **Plaintiff,**<br><br>v.<br><br>GOVERNMENT OF THE COMMONWEALTH OF THE and TIMOTHY VILLAGOMEZ, in his official and individual capacities,<br><br>    **Defendants** | CIVIL ACTION NO. 07-0022<br><br>APPELLANT'S F.R.A.P. 10(b)(3)(A)/NINTH CIRCUIT COURT RULE 10-3.1(a) NOTICE |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS:**

**COMES NOW** Defendant/Appellant Timothy Villagomez in the above styled and numbered cause, who would now file this F.R.A.P. 10(b)(3)(A)/Circuit Court 10-3.1(a) Transcript Notice.

On March 20, 2008, Appellant filed its Notice of Appeal. Appellant's Transcript Designation and Ordering Form was filed contemporaneously with the Notice of Appeal. That form indicated that Appellant would not order any transcript. All papers were electronically served on Appellee.

Although the Notice of Appeal indicated that the denial of qualified immunity was the only issue being appealed and Appellee is well aware of this, there being no other issue ripe for interlocutory appeal at this time in this case, F.R.A.P. 10(b)(3)(A)/Circuit Court 10-3.1(a) seem to require a separate notice to Appellee that Appellant will not order any transcript, and a statement of the issues to be presented to the Circuit Court.

In conformity therewith, Appellant hereby notifies Appellee that no transcript will be ordered by Appellant, and that whether the District Court erred in denying qualified immunity to Timothy Villagomez is the sole issue in this appeal.

Dated this 8th day of April, 2008.

        /s/ David Lochabay
David Lochabay
Asst. Attorney General
Office of the Attorney General
Caller Box 10007 CHRB
Saipan, MP 96950
Tel: (670) 664-2331 (Desk) 2341 (Office)
Fax: (670) 664-2349
E-mail: lochabay@gmail.com

Attorneys for Defendant/Appellant

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been e-filed this 8th day of April, 2008, with service requested to Douglas F. Cushnie, attorney for Appellee.

        /s/ David Lochabay
David Lochabay