**Douglas F, Cushnie**
**P.O. Box 500949**
**Saipan MP 96950**
**Telephone: (670) 234-6830**
**Facsimile: (670) 234-9723**
**E mail: abogados@pticom.com**

**Attorney for: Plaintiff**

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **EMERENCIANA PETER-PALICAN,** | ) | CIVIL ACTION NO. 07-0022 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **GOVERNMENT OF THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, and TIMOTHY P. VILLAGOMEZ, in his official and individual capacities,** | ) | APPELLEE'S SUPPLEMENTAL RULE 10(B)(3)(B) STATEMENT |
| | ) | |
| Defendants. | ) | |

    Appellant has now filed its statement of issues pursuant to Rule 10(b)(3)(A) F.R.A.P., and Circuit Rule 10-3.1(a). Appellee shall not be ordering a transcript of proceedings.

    Dated this 9th day of April, 2008.

                                           DOUGLAS F. CUSHNIE
                                   Attorney for Emerenciana Peter-Palican

                                                  /s/
                                          DOUGLAS F. CUSHNIE